PROB 12C
(7/93)

Report Date: January 5, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2016

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John H. Huscusson | Case Number: 0980 2:14CR00168-TOR-17 |
| Address of Offender: | Spokane, Washington 99217 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 7, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1344, 1349 | | |
| Original Sentence: | Prison 1 day; TSR - 48 day | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George Jacobs | Date Supervision Commenced: | October 7, 2015 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | October 6, 2019 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: John Huscusson violated conditions of his supervised release by failing to participate in substance abuse counseling since supervision commenced on October 7, 2015, contrary to special condition number 17.<br><br>Mr. Huscusson has missed numerous scheduled substance abuse evaluation dates.  He initially scheduled his chemical dependancy evaluation for November 12, 2015.  The offender missed this appointment and was allowed to reschedule the assessment for December 12, 2015.  Due to Mr. Huscusson being argumentative and evasive regarding his substance abuse history, the assessor let Mr. Huscusson reschedule the assessment for December 23, 2015, so he could re-group and return with more details regarding his history.  Mr. Huscusson failed to report for his assessment on December 23, 2015. |

    Mr. Huscusson has failed to participate in a substance abuse evaluation and/or treatment since he commenced supervised release on October 7, 2015.

2  **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. Huscusson violated special condition number 15 by consuming a controlled substance on or about November 12, and December 30, 2015.

    On November 12, 2015, Mr. Huscusson reported as directed to the vendor site for a random urine test. The sample was tested and returned a presumptive positive reading for methamphetamine and marijuana. At that time, the offender denied use and the sample was sent to the laboratory for confirmation.

    On November 19, 2015, the sample was returned from the laboratory. The sample tested positive for both marijuana and methamphetamine. Mr. Huscusson was summoned to the U.S. Probation Office on November 23, 2015, and admitted at that time that he had in fact consumed the controlled substances.

    On December 30, 2015, Mr. Huscusson reported as directed for a random urine test. The sample was tested and returned a presumptive positive reading for marijuana. At that time, the offender admitted to the use of marijuana and signed a drug use admission form.

3  **Mandatory Condition # 2**: You shall not commit another federal, state or local crime.

    **Supporting Evidence**: John Huscusson was arrested for driving without a valid driver's license on December 10, 2015.

    Mr. Huscusson was summoned to the U.S. Probation Office on December 15, 2015, to address the above allegation. He admitted to driving a vehicle on December 10, 2015. Mr. Huscusson does not currently have a valid driver's license.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/05/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

Prob12C
**Re: Huscusson, John H**
**January 5, 2016**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_Thomas O. Rice_
Signature of Judicial Officer

January 6, 2016
Date