PROB 12C
(7/93)

Report Date: March 9, 2016

# United States District Court

для the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

3/10/16

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John H. Huscusson          Case Number: 0980 2:14CR00168-TOR-17

Address of Offender:                                         Elk, Washington 99009

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 7, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1344, 1349 | | |
| Original Sentence: | Prison 1 day; TSR - 48 day | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: | October 7, 2015 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | October 6, 2019 |

## PETITIONING THE COURT

To issue a WARRANT and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/05/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**:  John Huscusson violated conditions of his supervised release by failing to participate in substance abuse counseling since supervision commenced on October 7, 2015, contrary to special condition number 17. |
| | Mr. Huscusson failed to attend his scheduled chemical dependency assessment on January 26, 2016.  Contact with the vendor site on March 9, 2016, revealed that Mr. Huscusson had not made any attempts to reschedule his missed assessment. |
| | Mr. Huscusson has failed to participate in any substance abuse treatment since he commenced supervised release on October 7, 2015. |

5      **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Huscusson violated special condition number 15 by consuming a controlled substance on or about February 11, 2016, and failing to report as directed for testing on February 25, 2016.

On February 11, 2016, Mr. Huscusson reported as directed to the vendor site for a random urine test. The sample was tested and returned a presumptive positive reading for marijuana. At that time, the offender denied use and the sample was sent to the laboratory for confirmation. On February 16, 2016, the sample was returned from the laboratory. The sample tested positive for marijuana.

Mr. Huscusson failed to report for urine testing as directed on February 25, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/09/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice

Signature of Judicial Officer

March 10, 2016

Date