PROB 12C  
(7/93)

Report Date: May 17, 2016

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John H. Huscusson           Case Number: 2:14CR00168-TOR-17

Address of Offender:                    , Elk, Washington 99009

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 7, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344, and 1349 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 1 day<br>TSR - 48 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: | October 7, 2015 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | October 6, 2019 |

## PETITIONING THE COURT

To issue a SUMMONS and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/05/2016 and 03/09/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis or sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: John Huscusson violated the conditions of his supervised release by failing to submit to a urinalysis test on May 5, 2016, contrary to special condition number 15.<br><br>While attending a substance abuse treatment group session at Alcohol Drug Education Prevention and Treatment (ADEPT) in Deer Park, Washington, Mr. Huscusson was directed to provide a urine sample for testing prior to leaving the premises. Mr. Huscusson subsequently left the facility without providing a sample. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/17/2016

s/Jeremy M. Tracy

Jeremy M. Tracy
U.S. Probation Officer

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

May 17, 2016

Date