PROB 12C
(6/16)

Report Date:  July 21, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John H. Huscusson                    Case Number: 2:14CR00168-TOR-17

Address of Offender:                              Elk, Washington 99009

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 7, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344, and 1349 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 1 day<br>TSR - 48 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: October 7, 2015 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: October 6, 2019 |

## PETITIONING THE COURT

**To issue a <u>WARRANT</u> and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/05/2016, 03/09/2016, and 05/17/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.<br><br>**Supporting Evidence**: John Huscusson violated the conditions of his supervised release in Spokane, Washington, on July 15, 2016, by failing to report to the U.S. Probation Office as directed by his probation officer. |
| 8 | **Special Condition # 15**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis or sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**:  John Huscusson violated the conditions of his supervised release by consuming a controlled substance, methamphetamine, on or about June 15, 2016.  In addition, the offender failed to appear for random urinalysis testing on July 5 and July 14, 2016. |

Prob12C
**Re: Huscusson, John H**
**July 21, 2016**
**Page 2**

10          **Special Condition # 17**: The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare.  Defendant shall contribute to the cost of treatment according to his ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**:  John Huscusson violated the conditions of his supervised release in Deer Park, Washington, by failing to attend substance abuse treatment on June 20, June 27, June 28, June 30, and July 18, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/21/2016

s/Jeremy M. Tracy

Jeremy M. Tracy
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

July 21, 2016

Date