PROB 12C
(6/16)

Report Date: April 10, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

4/10/17

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John H. Huscusson | Case Number: 0980 2:14CR00168-TOR-17 |
| Address of Offender: | Deer Park, Washington 99006 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 7, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344, 1349 | |
| Original Sentence: | Prison - 1 day<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(9/14/16) | Prison - 31 days<br>TSR - 46 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: September 14, 2016 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: July 13, 2020 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/27/2016 and 03/27/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #24**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On September 9, 2016, John Huscusson signed his judgment for case number 2:14CR00168-TOR-17, indicating he understood all conditions ordered by the Court. Specifically, Mr. Huscusson was made aware by his U.S. probation officer that he may not use illegal controlled substances and shall submit to urine testing as directed by the supervising officer.

John Huscusson violated the terms of his supervised release in Spokane, Washington, by using a controlled substance, methamphetamine, on or about March 27, 2017.

Prob12C
**Re: Huscusson, John H**
**April 10, 2017**
**Page 2**

In order to monitor Mr. Huscusson for compliance with special condition number 24, the undersigned officer conducted a urine test on March 27, 2017. Mr. Huscusson submitted a urine sample that showed a presumptive positive for amphetamine. The offender denied use of the controlled substance. As Mr. Huscusson does not have a prescription for amphetamine, the sample was sent to the lab for confirmation. On April 1, 2017, the sample was returned from Alere as positive for amphetamine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  4/10/2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

April 10, 2017
Date