PROB 12C
(6/16)

# United States District Court

for the

## Eastern District of Washington

Report Date: June 9, 2017

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John H. Huscusson                Case Number: 0980 2:14CR00168-TOR-17

Address of Offender: ███████████ Deer Park, Washington 99006

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 7, 2015

Original Offense:     Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344, 1349

Original Sentence:    Prison - 1 day                    Type of Supervision: Supervised Release
                      TSR - 48 months

Revocation            Prison - 31 days
Sentence:             TSR - 46 months
(9/14/16)

Asst. U.S. Attorney:  George J. C. Jacobs, III          Date Supervision Commenced: September 14, 2016

Defense Attorney:     Colin G. Prince                   Date Supervision Expires: July 13, 2020

## PETITIONING THE COURT

To issue a WARRANT and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/27/2016, 03/27/2017, and 4/10/17.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 10 | **Special Condition # 24**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On September 9, 2016, John Huscusson signed his judgment for case number 2:14CR00168-TOR-17, indicating he understood all conditions ordered by the Court.  Specifically, Mr. Huscusson was made aware, by his U.S. probation officer, that he must report for urine testing as directed to monitor compliance with special condition number 24.

John Huscusson violated the terms of his supervised release by failing to report for random urinalysis tests on May 25, and June 7, 2017.

11      **Special Condition # 26**: The defendant shall enter into and complete up to 60 days of inpatient treatment at the direction of the Probation Officer.

**Supporting Evidence**: On May 18, 2017, John Huscusson was ordered by Your Honor to enter into and successfully complete inpatient treatment to address his ongoing substance abuse issues. The undersigned officer worked with both the defendant, as well as the treatment facility to obtain a bed date. Once a bed date was secured, the defendant failed to respond to the undersigned officer for reporting instructions. A bed date was secured at Spokane Addition and Recovery Center on June 7, 2017. The undersigned officer attempted to call the defendant numerous times with no response. On June 8, 2017, the bed date for the defendant was cancelled.

12      **Standard Condition # 12**: The defendant must live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arrangements (such as the people the defendant lives with), the defendant must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: On September 9, 2016, John Huscusson signed his judgment for case number 2:14CR00168-TOR-17, indicating he understood all conditions ordered by the Court. Specifically, Mr. Huscusson was made aware by his U.S. probation officer that he must report any change of address to the U.S. Probation Office within 72 hours of the change in address.

John Huscusson failed to report a change of address to the U.S. Probation Office, since or about June 5, 2017.

On June 6, 2017, the defendant's roommate called the undersigned officer and left a voice message stating that Mr. Huscusson is suspected of stealing items from her residence. She stated she confronted the defendant on June 5, 2017, about the items. She claims that he left and never returned. She stated that Mr. Huscusson is no longer living at her residence and that he will not be welcomed back. A police report was filed with the Spokane County Sheriff's Office on June 6, 2017, detailing the allegations regarding the theft of property. As of the date of this report, Mr. Huscusson has failed to notify the undersigned officer of any change in address.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    6/9/2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

Prob12C
Re: Huscusson, John H
June 9, 2017
Page 3

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

June 12, 2017
Date