PROB 12C  
(6/16)

Report Date: July 27, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John H. Huscusson | Case Number: 0980 2:14CR00168-TOR-17 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 7, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344, 1349 | |
| Original Sentence: | Prison - 1 day<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(9/14/16) | Prison - 31 days<br>TSR - 46 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: September 14, 2016 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: July 13, 2020 |

## PETITIONING THE COURT

**To issue a WARRANT** and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/27/2016, 03/27/2017, 04/10/2017 and 06/09/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Special Condition # 24**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On September 19, 2016, John Huscusson signed his judgment for case number 2:14CR00168-TOR-17, indicating he understood all conditions ordered by the Court.  Specifically, Mr. Huscusson was made aware by his U.S. probation officer that he must not use illegal controlled substances.

John Huscusson violated the terms of his supervised release by using methamphetamine, an illegal controlled substance, on or about July 25, 2018.

Mr. Huscusson was interviewed on July 26, 2018 by the undersigned officer.  He was asked

Prob12C
Re: Huscusson, John H
July 27, 2017
Page 2

14    **Standard Condition #1**: The defendant shall not commit another federal, state or local crime.

if he had been using methamphetamine. Mr. Huscusson stated that he had used methamphetamine on July 25, 2018.

**Supporting Evidence**: On September 19, 2016, John Huscusson signed his judgment for case number 2:14CR00168-TOR-17, indicating he understood all conditions ordered by the Court. Specifically, Mr. Huscusson was made aware by his U.S. probation officer that he must not commit another federal, state or local crime.

On July 26, 2018, Mr. Huscusson was arrested by the Spokane County Sheriff's Office and charged with five counts of being in Possession of Depictions of Minors Engaged in Sexually Explicit Conditions, in violation of RCW 9.68A.070.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    7/27/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[X]   Other : The Court finds probable cause to issue a warrant on Violation Number 13, but does not find probable cause as to Violation Number 14 at this time.

Thomas O. Rice
Signature of Judicial Officer

July 27, 2018
Date